### Richard SHAPIRO, Petitioner–Appellant,

v.

### SANTA CLARA COUNTY SUPERIOR COURT; et al., Respondents–Appellees.

No. 08–15196.

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2009.*

Filed April 8, 2009.

Richard Shapiro, Carlsbad, CA, pro se.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Richard Shapiro appeals pro se the dismissal of his petition for a writ of mandamus to compel a state small claims court to release a list of percipient witnesses to him. In a mandamus action, a federal court has authority only to issue orders against employees, officers, or agencies of the United States. *See* 28 U.S.C. § 1361. We therefore affirm the dismissal of Sha-

piro's petition. *See Kildare v. Saenz,* 325 F.3d 1078, 1084 (9th Cir.2003).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

